*Geo. W. Oliver* and *Wm. A. Burgress,* for Appellee.

---

William Hubbard, Plaintiff in Error, v. State of Florida, Defendant in Error.

A writ of Error to a Judgment of the Criminal Court of Record within and for the County of Volusia.

Cases Dismissed.

Writ of Error dismissed on motion of the Attorney General.

No appearance for Plaintiff in Error;

*T. F. West,* Attorney General, for the State.